UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re )
Santiago Rodriguez, )
and ) Chapter 13
Melissa Ellen Rodriguez )
) Case No. 2:11-bk-22620-RJH
Debtor(s) )

Declaration of Evidence of Employers' Payments Within 60 Days

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☑ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $_____.

Debtor declares the foregoing to be true and correct under penalty of perjury

Dated: 5-9-11

Signature of Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re )
Santiago Rodriguez, )  Chapter 13
and )
Melissa Ellen Rodriguez, )  Case No. 2:11-bk-22620-RJH
                Debtor(s) )

### Declaration of Evidence of Employers' Payments Within 60 Days

[✓] Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

[ ] Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

[ ] Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $_____.

Debtor declares the foregoing to be true and correct under penalty of perjury

Dated: 5/9/11

_____
Signature of Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

**CITY OF GOODYEAR**
190 N. Litchfield Road
P.O. Box 5100
Goodyear, AZ 85338

**DIRECT DEPOSIT RECEIPT**

| RATE | DEPOSIT DATE | NET |
|---|---|---|
| 41.0682 | 8/11/11 | 2355.88 |

| EARNINGS | QUANTITY | CURRENT | DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| REGULAR HOURS | 80.00 | 3285.50 | DENTAL EE/FAM PPO | 18.79 | 273. |
|  |  |  | ICMA-457 PLAN |  | 2498 |
|  |  |  | HEALTH EE/FAM HSA | 85.85 | 343. |
|  |  |  | HSA ELECTIVE AMOUN | 115.39 | 1753. |
|  |  |  | PUBLIC SAFETY RETI | 284.20 | 4423. |
|  |  |  | VISION FAM | 7.56 | 112. |
|  |  |  | HEALTH EE/FAM HSA |  | 993. |
| Imputed income |  | 12.00 | STATE WITHHOLDING | 50.14 | 859. |
| Gross |  | 3285.50 | FED WITHHOLDING | 157.86 | 2773. |
|  |  |  | MEDICARE | 44.51 | 792. |
|  |  |  | SOCIAL SECURITY | 128.94 | 2295. |
|  |  |  | 100 CLUB | 6.25 | 93. |
|  |  |  | POLICE ASSOC DUES | 20.00 | 300. |
|  |  |  | SUP LIFE EE | 7.50 | 120. |
|  |  |  | Other Deductions | 2.63 | 42. |

| ACCRUAL | EARNED | USED | BALANCE |
|---|---|---|---|
| CMP |  |  | 6.500 |
| FH |  |  | 8.000 |
| SIC | 3.700 |  | 603.430 |
| VAC | 5.540 |  | 227.640 |

| YTD GROSS | YTD W2 WAGES | YTD SS WAGES | YTD MED WA |
|---|---|---|---|
| 58049.53 | 47738.91 | 54660.17 | 54660.1 |

DETACH AND RETAIN THIS STATEMENT
02



**CITY OF GOODYEAR**
190 N. Litchfield Road
P.O. Box 5100
Goodyear, AZ 85338

PAYROLL FUND

**DIRECT DEPOSIT RECEIPT**

DATE 8/11/11

| ACCOUNT TYPE | AMOUNT |
|---|---|
| Checking: | **2,355.8 |

DEPOSIT THE SUM OF: VOID *** VOID *** VOID *** VOID *** VOID ***

TO THE ORDER OF
001 21 30
SANTIAGO RODRIGUEZ
14534 W. MULBERRY DR.
GOODYEAR, AZ 85395

**NON NEGOTIABLE**

**CITY OF GOODYEAR**
190 N. Litchfield Road
P.O. Box 5100
Goodyear, AZ 85338

**DIRECT DEPOSIT RECEIPT**

| RATE | DEPOSIT DATE | NET |
|---|---|---|
| 41.0682 | 8/25/11 | 2358.57 |

| EARNINGS | QUANTITY | CURRENT | DEDUCTIONS | CURRENT | YEAR TO DA |
|---|---|---|---|---|---|
| REGULAR HOURS | 80.00 | 3285.50 | DENTAL EE/FAM PPO | 18.79 | 292. |
| | | | ICMA-457 PLAN | | 2498. |
| | | | HEALTH EE/FAM HSA | 85.85 | 429. |
| | | | HSA ELECTIVE AMOUN | 115.39 | 1869. |
| | | | PUBLIC SAFETY RETI | 284.20 | 4707. |
| | | | VISION FAM | 7.56 | 119. |
| | | | HEALTH EE/FAM HSA | | 993. |
| | | | STATE WITHHOLDING | 49.93 | 909. |
| | | | FED WITHHOLDING | 156.06 | 2929. |
| Gross | | 3285.50 | MEDICARE | 44.34 | 836. |
| | | | SOCIAL SECURITY | 128.43 | 2424. |
| | | | 100 CLUB | 6.25 | 100. |
| | | | POLICE ASSOC DUES | 20.00 | 320. |
| | | | SUP LIFE EE | 7.50 | 127. |
| | | | Other Deductions | 2.63 | 44. |

| ACCRUAL | EARNED | USED | BALANCE |
|---|---|---|---|
| CMP | | | 6.500 |
| FH | | | 8.000 |
| SIC | 3.700 | | 607.130 |
| VAC | 5.540 | | 233.180 |

| YTD GROSS | YTD W2 WAGES | YTD SS WAGES | YTD MED WA |
|---|---|---|---|
| 61335.03 | 50512.62 | 57718.08 | 57718.0 |

DETACH AND RETAIN THIS STATEMENT    02

---



**CITY OF GOODYEAR**
190 N. Litchfield Road
P.O. Box 5100
Goodyear, AZ 85338

PAYROLL FUND

**DIRECT DEPOSIT RECEIPT**

DATE 8/25/11

| ACCOUNT TYPE | AMOUNT |
|---|---|
| Checking: | **2,358.5 |

DEPOSIT THE SUM OF: *VOID *** VOID *** VOID *** VOID *** VOID ***

TO THE ORDER OF: 001 21 30
SANTIAGO RODRIGUEZ
14534 W. MULBERRY DR.
GOODYEAR, AZ 85395

**NON NEGOTIABLE**

# DIRECT DEPOSIT RECEIPT

**CITY OF GOODYEAR**
190 N. Litchfield Road
P.O. Box 5100
Goodyear, AZ 85338

| RATE | DEPOSIT DATE | NET |
|---|---|---|
| 41.0682 | 7/28/11 | 2358.53 |

| EARNINGS | QUANTITY | CURRENT | DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| REGULAR HOURS | 30.00 | 1232.04 | DENTAL EE/FAM PPO | 18.79 | 254.97 |
| VACATION-SALARY | 50.00 | 2053.40 | ICMA-457 PLAN | | 2498.03 |
| | | | HEALTH EE/FAM HSA | 85.85 | 257.55 |
| | | | HSA ELECTIVE AMOUN | 115.39 | 1638.37 |
| | | | PUBLIC SAFETY RETI | 284.19 | 4139.03 |
| | | | VISION FAM | 7.56 | 104.76 |
| | | | HEALTH EE/FAM HSA | | 993.72 |
| | | | STATE WITHHOLDING | 49.93 | 809.19 |
| | | | FED WITHHOLDING | 156.05 | 2615.27 |
| Gross | | 3285.44 | MEDICARE | 44.34 | 748.09 |
| | | | SOCIAL SECURITY | 128.43 | 2166.80 |
| | | | 100 CLUB | 6.25 | 87.50 |
| | | | POLICE ASSOC DUES | 20.00 | 280.00 |
| | | | SUP LIFE EE | 7.50 | 112.50 |
| | | | Other Deductions | 2.63 | 39.45 |

| ACCRUAL | EARNED | USED | BALANCE |
|---|---|---|---|
| CMP | | | 6.500 |
| FH | | | 8.000 |
| SIC | 3.700 | | 599.730 |
| VAC | 5.540 | 50.000 | 222.100 |

| YTD GROSS | YTD W2 WAGES | YTD SS WAGES | YTD MED WAGES |
|---|---|---|---|
| 54764.03 | 44953.20 | 51590.26 | 51590.26 |

DETACH AND RETAIN THIS STATEMENT                        02

---



**CITY OF GOODYEAR**
190 N. Litchfield Road
P.O. Box 5100
Goodyear, AZ 85338

PAYROLL FUND

## DIRECT DEPOSIT RECEIPT

DATE 7/28/11

| ACCOUNT TYPE | AMOUNT |
|---|---|
| Checking | **2,358.53 |

DEPOSIT THE SUM OF: VOID *** VOID *** VOID *** VOID *** VOID ***

TO THE ORDER OF:  001 21 30
SANTIAGO RODRIGUEZ
14534 W. MULBERRY DR.
GOODYEAR, AZ 85395

## NON NEGOTIABLE

## DIRECT DEPOSIT RECEIPT

**CITY OF GOODYEAR**
190 N. Litchfield Road
P.O. Box 5100
Goodyear, AZ 85338

| RATE | DEPOSIT DATE | NET |
|---|---|---|
| 41.0682 | 7/14/11 | 2294.08 |

| EARNINGS | QUANTITY | CURRENT | DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| REGULAR HOURS | 72.00 | 2956.95 | DENTAL EE/FAM PPO | 18.79 | 236.18 |
| HOLIDAY EARN/USE FT | 8.00 | 328.55 | ICMA-457 PLAN | 74.28 | 2498.03 |
|  |  |  | HEALTH EE/FAM HSA | 85.85 | 171.70 |
|  |  |  | HSA ELECTIVE AMOUN | 115.39 | 1522.98 |
|  |  |  | PUBLIC SAFETY RETI | 284.20 | 3854.84 |
|  |  |  | VISION FAM | 7.56 | 97.20 |
|  |  |  | HEALTH EE/FAM HSA |  | 993.72 |
|  |  |  | STATE WITHHOLDING | 48.81 | 750.15 |
| Imputed income |  | 12.00 | FED WITHHOLDING | 146.71 | 2459.22 |
| Gross |  | 3285.50 | MEDICARE | 44.51 | 696.41 |
|  |  |  | SOCIAL SECURITY | 128.94 | 2017.12 |
|  |  |  | 100 CLUB | 6.25 | 81.25 |
|  |  |  | POLICE ASSOC DUES | 20.00 | 260.00 |
|  |  |  | SUP LIFE EE | 7.50 | 105.00 |
|  |  |  | Other Deductions | 2.63 | 36.82 |

| ACCRUAL | EARNED | USED | BALANCE |
|---|---|---|---|
| CMP |  |  | 6.500 |
| FH |  |  | 8.000 |
| SIC | 3.700 |  | 596.030 |
| VAC | 5.540 |  | 250.560 |

| YTD GROSS | YTD W2 WAGES | YTD SS WAGES | YTD MED WAGES |
|---|---|---|---|
| 50972.58 | 41673.53 | 48026.40 | 48026.40 |

DETACH AND RETAIN THIS STATEMENT        02

---



**CITY OF GOODYEAR**
190 N. Litchfield Road
P.O. Box 5100
Goodyear, AZ 85338

PAYROLL FUND

## DIRECT DEPOSIT RECEIPT

DATE 7/14/11

| ACCOUNT TYPE | AMOUNT |
|---|---|
| Checking: | **2,294.08 |

DEPOSIT THE SUM OF: *VOID *** VOID *** VOID *** VOID *** VOID ***

TO THE ORDER OF    001 21 30
SANTIAGO RODRIGUEZ
14534 W. MULBERRY DR.
GOODYEAR, AZ 85395

## NON NEGOTIABLE

| RATE | DEPOSIT DATE | NET |
|---|---|---|
| 40.0848 | 7/01/11 | 2178.48 |

**CITY OF GOODYEAR**
190 N. Litchfield Road
P.O. Box 5100
Goodyear, AZ 85338

# DIRECT DEPOSIT RECEIPT

| EARNINGS | QUANTITY | CURRENT | DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| REGULAR HOURS | 76.00 | 2843.75 | DENTAL EE/FAM PPO | 18.79 | 217.39 |
| CALL OUT PAY | 4.00 | 208.01 | ICMA-457 PLAN | 252.62 | 2423.75 |
| STRAIGHT TIME OVERTI | 5.00 | 181.05 | HSA ELECTIVE AMOUN | 115.39 | 1407.59 |
| PREMIUM HOURS | 1.00 | 19.68 | PUBLIC SAFETY RETI | 248.82 | 3570.64 |
| | | | VISION FAM | 7.56 | 89.64 |
| | | | HEALTH EE/FAM HSA | | 993.72 |
| | | | HEALTH EE/FAM HSA | 85.85 | 85.85 |
| | | | STATE WITHHOLDING | 45.42 | 701.34 |
| | | | FED WITHHOLDING | 118.52 | 2312.51 |
| Gross | | 3252.49 | MEDICARE | 43.86 | 651.90 |
| | | | SOCIAL SECURITY | 127.05 | 1888.18 |
| | | | 100 CLUB | | 75.00 |
| | | | POLICE ASSOC DUES | | 240.00 |
| | | | SUP LIFE EE | 7.50 | 97.50 |
| | | | Other Deductions | 2.63 | 34.19 |

| ACCRUAL | EARNED | USED | BALANCE |
|---|---|---|---|
| CMP | | | 6.500 |
| FH | | | 8.000 |
| SIC | 3.700 | | 592.330 |
| VAC | 5.540 | | 245.020 |

| YTD GROSS | YTD W2 WAGES | YTD SS WAGES | YTD MED WAGES |
|---|---|---|---|
| 47687.08 | 38962.10 | 44956.49 | 44956.49 |

02

DETACH AND RETAIN THIS STATEMENT



**CITY OF GOODYEAR**
190 N. Litchfield Road
P.O. Box 5100
Goodyear, AZ 85338

PAYROLL FUND

# DIRECT DEPOSIT RECEIPT

DATE 7/01/11

| ACCOUNT TYPE | AMOUNT |
|---|---|
| Checking: | **2,178.48 |

DEPOSIT THE SUM OF: *VOID *** VOID *** VOID *** VOID *** VOID ***

TO THE ORDER OF  001 21 10
SANTIAGO RODRIGUEZ
14534 W. MULBERRY DR.
GOODYEAR, AZ 85395

# NON NEGOTIABLE

Case 2:11-bk-22620-MCW    Doc 19    Filed 09/06/11    Entered 09/06/11 13:09:39    Desc
Main Document    Page 7 of 7